UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>ANDRES SOTO TORRES,<br><br>           Defendant. | No. CR-08-6083-EFS<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA** |

Before the Court is Defendant Andres Soto Torres' Motion to Withdraw Guilty Plea. (Ct. Rec. 58.)  The parties agree that Defendant has shown a fair and just reason for withdrawal of the guilty plea under Federal Rule of Criminal Procedure 11(d)(2)(B) given the Supreme Court's recent decision in *Arizona v. Gant*, 129 S. Ct. 1710 (2009).  In light of *Gant* and the facts surrounding Defendant's arrest, the Court agrees that withdrawal of the guilty plea is appropriate.

For these reasons, **IT IS HEREBY ORDERED**:

1.  Defendant's Motion to Withdraw Guilty Plea **(Ct. Rec. 58)** is **GRANTED**.

2.  Pursuant to 18 U.S.C. § 3161(i), Defendant is deemed indicted with respect to all charges contained in the Superseding Indictment (Ct. Rec. 30) on the date this Order becomes final.

ORDER ~ 1

3.  The July 14, 2009 sentencing is **STRICKEN**.

4.  A Notice Setting Pretrial Conference and Trial will be entered.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order and furnish copies to counsel, the U.S. Probation Office, the U.S. Marshal's Office, and the Jury Administrator.

DATED this ___26th___ day of June 2009.

                s/ Edward F. Shea
                EDWARD F. SHEA
              United States District Judge

Q:\Criminal\2008\6083.w.draw.plea.gant.frm

ORDER - 2